**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00034-BNB

JEFFREY MICHAEL REYNOLDS,

     Applicant,

v.

JOHN DAVIS, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Applicant's Motion for Default Judgment, ECF No. 8, is denied.  Respondents filed a Motion for Extension of Time Within Which to File Pre-Answer Response, ECF No. 6, which was granted on January 30, 2013.  Respondents have up to and including February 28, 2013, to file a Pre-Answer Response.  Applicant shall have twenty-one days from the filing of the Pre-Answer Response to file a Reply if he desires.

Dated:  February 4, 2013