**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00034-LTB

JEFFREY MICHAEL REYNOLDS,

    Applicant,

v.

JOHN DAVIS, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant filed a request for case status and for the Court to move forward with the prosecution of this case. *See* ECF No. 17. The request is denied as moot. The action was dismissed on March 18, 2013.

Dated: March 18, 2013